UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SELECT AUTOMOTIVE MANAGEMENT,
LLC, a Florida limited liability company,

      Plaintiff,

Case No. 8:06-cv-2116-SCB-TGW

v.

FIDELITY THREE, INC., d/b/a/ On Time Auto,
a Missouri Corporation, JOHN HART, an adult
resident of Missouri, and DEE A. HART, wife of
John A. Hart, an adult resident of Missouri,
NORTHTOWNE MOTORS, LLC, a Missouri
limited liability company

      Defendants.

## ORDER

This cause comes before the Court for consideration of Plaintiff's Motion for Preliminary Injunction. (Doc. No. 1.) This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 6.) Magistrate Judge Wilson held a hearing on the motion on November 20, 2006. Thereafter, Magistrate Judge Wilson filed his Report and Recommendation, recommending that preliminary injunctive relief be granted and that the temporary restraining order entered on November 13, 2006, be converted to a preliminary injunction. (Doc. No. 12.) All parties were furnished copies of the Report and Recommendation on November 22, 2006, and were notified that the failure to file written objections pursuant to 28 U.S.C. § 636(b)(1) would bar an aggrieved party from attacking the factual findings on appeal. No such objections have been filed, and the Court is not prohibited from entering a preliminary injunction before the end of the ten-day period for filing objections to the Report and

Recommendation. Accordingly, upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

It is now **ORDERED AND ADJUDGED** that:

(1)   The Magistrate Judge's Report and Recommendation (Doc. No. 12) is adopted and incorporated by reference in this Order of the Court;

(2)   Plaintiff's Motion for Preliminary Injunction (Doc. No. 1) is **GRANTED** to the extent consistent with the Magistrate Judge's Report and Recommendation; and

(3)   The Court will enter a preliminary injunction order consistent with the Magistrate Judge's Report and Recommendation.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of November, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record